IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:23-cv-1090 (PTG/WEF) |
| ANIL J. PATEL<br>a/k/a ANILKUMAR J. PATEL, | ) |
| and | ) |
| BINA PATEL<br>a/k/a DHARMISTHA A. PATEL, | ) |
| Defendants. | |

## ORDER

This matter comes before the Court on the April 30, 2024 Report and Recommendation ("R&R") from Magistrate Judge William E. Fitzpatrick regarding Plaintiff United States of America's Motion for Default Judgment as to Defendants Anil J. Patel and Bina Patel (Dkt. 9). Dkt. 18. Judge Fitzpatrick advised the parties that objections to the R&R must be filed within fourteen (14) days of service and failure to object waives appellate review. Dkt. 18 at 14. To date, no objections have been filed.

After reviewing the record and Judge Fitzpatrick's Recommendation, and finding good cause, the Court hereby **APPROVES** and **ADOPTS** the findings Judge Fitzpatrick set forth in the R&R (Dkt. 18). Accordingly, it is hereby

**ORDERED** that Plaintiff's Motion for Default Judgment (Dkt. 9) is **GRANTED**; it is further

**ORDERED** that default judgment be **ENTERED** in favor of Plaintiff and against Defendants in the total amount of $1,078,566.26, plus statutory additions accruing as provided by

law[1] from August 21, 2023, until paid; and it is further

**ORDERED** that Plaintiff's request for attorneys' fees and costs (Dkt. 1 at 3) is **DENIED**.

The Clerk of Court is directed to enter judgment in favor of Plaintiff, and against Defendants, as set forth above, pursuant to Federal Rule of Civil Procedure 55. The Clerk is further directed to forward a copy of this Order to all parties of record.

It is **SO ORDERED**.

\*\*\*

To appeal this decision, Defendants must file a written notice of appeal with the Clerk of the Court within thirty (60) days of the date of entry of this Order. A notice of appeal is a short statement indicating a desire to appeal, including the date of the order Defendants want to appeal. Defendants need not explain the grounds for appeal until so directed by the court of appeals. Failure to file a timely notice of appeal waives Defendants' right to appeal this decision.

Dated: August  /6 , 2024
Alexandria, VA

_____
Patricia Tolliver Giles
United States District Judge

---

[1] As stated in the Report and Recommendation, Plaintiff is entitled to statutory additions under 26 U.S.C. §§ 6601(a), (b), 6621(a), 6651, 6654. Dkt. 18 at 12-13.

2